IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PHILLIP MCADOO,

    Plaintiff,

v.

THE METROPOLITAN ATLANTA
TRANSIT AUTHORITY,

    Defendant.

CIVIL ACTION FILE NO.

1:16-cv-734-WSD-JKL

## FINAL REPORT AND RECOMMENDATION

On January 25, 2017, this Court granted Plaintiff Phillip McAdoo's counsel's motion to withdraw from the case. [Doc. 31.]  In that order, which I directed the clerk and counsel to serve on McAdoo at his last known address, I informed McAdoo that he had 21 days in which to advise the Court of his new attorney or his contact information if he would be proceeding *pro se*. [*Id.* at 2.]  I further advised McAdoo that if he failed to comply with that requirement, that "shall constitute a default" on his part. [*Id.*]

More than 21 days has passed since I entered that order, and McAdoo has not filed anything with the Court.  Accordingly, I **RECOMMEND** that

McAdoo's case be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to serve this order, and the accompanying service order, upon McAdoo by either registered or certified mail at the following three addresses that appear in the record for McAdoo: (1) 23760 Marolow Street, Oakpark, MI 48237; (2) 255 Ella Circle, Griffin, GA 30223; and (3) 1388 Haight St. #213, San Francisco, CA 94117.

IT IS SO ORDERED this 10th day of March, 2017.

_____
JOHN K. LARKINS III
United States Magistrate Judge